AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTOPHER D RAGER
    Plaintiff

v.   Civil Action No. 3:20-cv-43

KYLE DUKES
*Individually and in his official*
*capacity as Sheriff of Kosciusko County*

KOSCIUSKO COUNTY SHERIFF'S DEPT
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:   JUDGMENT IS ENTERED in favor of the Defendants Kyle Dukes, Individually and in his official capacity as Sheriff of Kosciusko County and Kosciusko County Sheriff's Dept. and against the Plaintiff Christopher D. Rager

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E. DeGuilio  on  Motion for Summary Judgment by Defendants Kyle Dukes and Kosciusko County Sheriff's Dept.

DATE:   12/28/2021                    GARY T. BELL, CLERK OF COURT

                                                   by     s/S. Kowalsky
                                                        *Signature of Clerk or Deputy Clerk*